KEM:jw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-22969-CIV-LENARD

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

ONE BEECHCRAFT KING AIR
200 AIRCRAFT REGISTERED AS
N301GG INCLUDING ALL
EQUIPMENT AND ACCESSORIES,

          Defendant.
_____/

## DEFAULT JUDGMENT OF FORFEITURE

This cause came before the Court on the United States's Motion For Default Judgment of Forfeiture; the Court having reviewed the Court file and considered the matter, makes the following findings of fact:

1.    Plaintiff, United States of America, filed a civil in rem forfeiture action against the Defendant Aircraft on July 8, 2016, pursuant to 18 U.S.C. § 981(a)(1)(A), as property involved in transactions or attempted transactions in violation of 18 U.S.C. §§ 1956 and 1957.

2.    On July 23, 2016, legal notice of this pending lawsuit was advertised on the internet for thirty consecutive days; the Proof of Publication was filed on August 23, 2016 (DE 12).

3.    On August 17, 2016, notice was sent to Hector Schneider, the listed owner

1

of the aircraft, at Eagle Support Corporation, 8113 NW 33rd Street, Doral, FL 33122.

4. More than thirty (30) days have elapsed since the dates of notice and publication, and no claim or answer has been filed by Hector Schneider or any other claimant as required by 18 U.S.C. §983(a)(4) and Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, and the time to file a claim and answer has expired.

5. On September 29, 2016 a Clerk's Default was entered against the Defendant: *see* DE 14.

Based upon the above findings, and the Court being otherwise fully advised in the matter, it is hereby:

**ORDERED AND ADJUDGED:**

That default judgment of forfeiture in favor of the United States is granted. All right, title, claim and interest in Beechcraft King Air 200 Aircraft Registered as N301GG including all equipment and accessories is hereby forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) as property involved in a violation of 18 U.S.C. §§ 1956 and 1957.

Accordingly, all right, title, claim and interest in the Defendant Beechcraft King Air 200 Aircraft Registered as N301GG including all equipment and accessories is hereby vested in the United States of America.

It is further ordered and adjudged that the forfeited property shall be disposed of according to the law.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of October 2016.

_____
JOAN A LENARD
UNITED STATES DISTRICT JUDGE